**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTINAH SUNENGSIH, | CV 20-04962 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WELLS FARGO BANK NA, et al., | |
| Defendants. | |

Pursuant to this Court's September 21, 2020, Minute Order dismissing plaintiff Sutinah Sunengsih's Complaint for failure to prosecute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: September 21, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE